KAY HILL
ASSISTANT UNITED STATES TRUSTEE
605 WEST 4TH AVENUE, SUITE 258
ANCHORAGE, ALASKA 99501
TELEPHONE: (907) 271-2600
FAX: (907) 271-2610

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ALASKA

In re: )
)
LAURIE JEAN SCOTT-STANDEFORD ) CASE NO 10-00204-DMD
) CHAPTER 7
Debtor. )
)

DECLARATION OF KAY HILL

I, Kay Hill, hereby declare the following:

1. I am the Assistant United States Trustee employed by the Office of U.S. Trustee and have worked for the Office of U.S. Trustee since 2003 and I am competent to testify to the matters set forth below.

2. Exhibits 1 and 2, respectively, are redacted copies of the first pages of the debtor's 2008 and 2009 federal income tax returns.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: June 2, 2010    /s/ Kay Hill
                             KAY HILL